IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.  21-90091-01-BGS |
| ) | |
| CHRISTOPHER M. CONGER, ) | |
| ) | |
| *Defendant*. ) | |

**ORDER TO WITHDRAW ARREST WARRANT
AND NOTICE OF HEARING**

ON the 19th day of September, 2024, this matter came on for hearing before the undersigned for a fine check relating to the sentence imposed upon Defendant on April 4, 2024. The Government appeared by and through counsel of record, Jesse Burbank.  Defendant failed to appear in person but appeared through counsel of record, Quentin Aker, Assistant Federal Public Defender.  After consideration of the proffers of counsel and the failure to appear by the Defendant, this Court ordered the issuance of an Arrest Warrant due to Defendant's failure to appear for court as directed.  The Court subsequently granted defense counsel's request for a stay of seven days of the issuance of the warrant to allow counsel to connect with Defendant.  Prior to the expiration of the seven days, defense counsel advised this Court of Defendant's current status prohibiting Defendant's appearance in court.

Upon the information presented to this Court and defense counsel's request,

and with the approval of the Government, the Court hereby withdraws the Arrest Warrant issued on September 19, 2024.

**IT IS THEREFORE ORDERED** that the Arrest Warrant, issued on September 19, 2024, in this matter be WITHDRAWN.

**IT IS FUTHER ORDERED** a fine check in this matter be set for January 23, 2025, at 10:30 a.m. in the Ft. Riley Courtroom before the undersigned.

**IT IS SO ORDERED.**

Dated this 27th day of September, 2024, in Wichita, Kansas.

s/ Gwynne E. Birzer
Gwynne E. Birzer
United States Magistrate Judge